## Brown *v.* Gresh, Appellant.

Argued September 27, 1960. Before JONES, C. J.,
BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Reginald L. Pawlowski,* for appellant.

*Harry E. Simmons,* for appellee.

OPINION PER CURIAM, December 1, 1960:

This is an appeal from the final decree of the Court
of Common Pleas of Cambria County dismissing ex-
ceptions to a decree nisi adjudging appellant and ap-
pellee co-partners.

Victor Brown, plaintiff-appellee, filed a complaint
in equity, alleging that he and William P. Gresh, the
defendant-appellant, were co-partners under an oral
agreement, each of an equal share, in a home construc-
tion business known as the Gresh Real Estate Com-
pany. Appellant Gresh denied that an oral agreement
had been made or that a partnership existed. Appellee
Brown asked for an order dissolving the alleged part-
nership, for the appointment of a receiver, and for an
accounting.

The case was tried without a jury and a decree nisi
was entered on October 13, 1959, declaring the exist-
ence of a partnership during the period from January
16, 1956 to March 8, 1958. Appellant's exceptions to
the decree nisi were dismissed by the court en banc
and a final decree entered on April 13, 1960.

Having made a careful study of the record and having given full consideration to the various contentions urged on behalf of the appellant, we find there is ample and adequate evidence to support the chancellor's findings of fact and conclusions of law. The findings of the chancellor, who personally observed the witnesses, supported by competent evidence, and approved by the court en banc will not be disturbed on appeal. *Petroleum Marketing Corporation v. Metropolitan Petroleum Corporation,* 396 Pa. 48, 151 A. 2d 616 (1959).

Decree affirmed at appellant's costs.